DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD J. JENNINGS, P.A.,**
Appellant,

v.

**CHARMAINE E. GAYLE** and **ERROL ROY FRANCIS,**
Appellees.

No. 4D22-185

[February 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan F. Greenhawt, Judge; L.T. Case No. FMCE19-8747.

Edward J. Jennings and Jenna L. Wulf of Edward J. Jennings, P.A., Fort Lauderdale, for appellant.

Jason R. Seidman of Seidman Law, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***